# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| AZRACK, JOAN M. | U.S. DISTRICT COURT, EASTERN DISTRICT NY | 8/8/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/8/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Salary and bonus from Landman Corsi Ballaine & Ford PC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **AZRACK, JOAN M.** | 8/8/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/8/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Citibank NA Personal Banking NY, NY (multiple accounts) | A | Interest | M | T | | | | | |
| 2. | National Life Ins. Co. whole life policy | A | Dividend | N | T | | | | | |
| 3. | Oppenheimer: Advantage Bank Deposits various banks (IRA) (see VIII 2) | A | Interest | | | Sold | 12/31/18 | J | A | |
| 4. | Fidelity VIP Equity Incm Port-Nationwide annuity contract (see VIII 4) | | None | M | T | | | | | |
| 5. | Fidelity VIP Growth Port - Nationwide annuity contract | | None | L | T | | | | | |
| 6. | Fidelity Overseas Port - Nationwide annuity contract | | None | K | T | | | | | |
| 7. | Fidelity VIP2 Asst Mgr Port - Nationwide annuity contract | | None | L | T | | | | | |
| 8. | PMA: Pimco Low Duration Fund Intl (IRA) (See VIII 1) | B | Distribution | L | T | Buy (add'l) | 01/10/18 | J | | |
| 9. | (continuation of 8) | | | | | Buy (add'l) | 05/25/18 | J | | |
| 10. | (continuation of 8) | | | | | Buy (add'l) | 08/09/18 | J | | |
| 11. | (continuation of 8) | | | | | Sold (part) | 03/12/18 | J | A | |
| 12. | Oppenheimer: Catalyst Inside Buying Fund | A | Dividend | | | Sold | 03/12/18 | J | B | |
| 13. | Oppenheimer Global Value Fund - Nationwide annuity contract | | None | L | T | | | | | |
| 14. | Fidelity Blue Chip Fund - Fidelity 401K (see VIII 3) | | None | M | T | | | | | |
| 15. | Fidelity Diversified intl - Fidelity 401K | | None | M | T | | | | | |
| 16. | Fidelity Freedom 2020 Fund - Fidelity 401K | | None | K | T | | | | | |
| 17. | Fidelity Contrafund - Fidelity 401K | | None | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Growth & Inc - Fidelity 401K | | None | M | T | | | | | |
| 19. Fidelity Value Fund - Fidelity 401K | | None | L | T | | | | | |
| 20. Fidelity Government Money Market - Fidelity 401K | | None | M | T | | | | | |
| 21. Fidelity Investment Grade Bond Fund - Fidelity 401K | | None | M | T | | | | | |
| 22. Am Century Equity - Fidelity 401K | | None | L | T | | | | | |
| 23. JP Morgan Growth & Income "A" Shares | A | Dividend | J | T | | | | | |
| 24. Walt Disney Co common stock | A | Dividend | J | T | | | | | |
| 25. NW NVIT Money Market I - Nationwide annuity contract | | None | K | T | | | | | |
| 26. Oppenheimer: Eaton Vance Insured NY Muni Bond Fund | A | Int./Div. | | | Sold | 03/12/18 | L | A | |
| 27. Oppenheimer: Kinetics Paradigm Adv Cl C | C | Dividend | | | Sold | 03/12/18 | M | F | |
| 28. Oppenheimer: Catalyst Inside Buying Fund (IRA) | A | Dividend | K | T | | | | | |
| 29. Oppenheimer: Kinetics Paradigm Fund (IRA) | A | Dividend | | | Sold | 10/02/18 | K | A | |
| 30. Oppenheimer: Voya Global Equity Div & Prm Opp Fund (IRA) | B | Dividend | J | T | | | | | |
| 31. PMA: Vanguard High Yield Adm (IRA) | D | Distribution | M | T | Buy (add'l) | 01/10/18 | J | | |
| 32. (continuation of 31) | | | | | Sold (part) | 03/12/18 | J | A | |
| 33. (continuation of 31) | | | | | Buy (add'l) | 05/25/18 | K | | |
| 34. (continuation of 31) | | | | | Buy (add'l) | 08/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/8/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer: Kinetics Paradigm Adv C (IRA) | A | Dividend | K | T | | | | | |
| 36. PMA: Vanguard Short Term Investment Grade Fund (IRA) | B | Distribution | L | T | Buy (add'l) | 01/10/18 | J | | |
| 37. (continuation of 36) | | | | | Sold (part) | 03/12/18 | J | A | |
| 38. (continuation of 36) | | | | | Buy (add'l) | 05/25/18 | J | | |
| 39. (continuation of 36) | | | | | Buy (add'l) | 08/09/18 | J | | |
| 40. PMA: MetWest Intermediate Bond Fund | A | Distribution | K | T | Buy (add'l) | 01/08/18 | J | | |
| 41. (continuation of 40) | | | | | Sold (part) | 03/12/18 | J | A | |
| 42. (continuation of 40) | | | | | Sold (part) | 06/06/18 | J | A | |
| 43. Northwestern Mutual Life Ins. whole policy | B | Dividend | L | T | | | | | |
| 44. Oppenheimer: First Trust Strategic High Income Fund (IRA) | A | Dividend | | | Sold | 10/08/18 | J | A | |
| 45. PMA: Vanguard Intermet Term Investment Grade Fund (IRA) | B | Distribution | K | T | Buy (add'l) | 01/10/18 | J | | |
| 46. (continuation of 45) | | | | | Sold (part) | 03/12/18 | J | A | |
| 47. (continuation of 45) | | | | | Sold (part) | 05/14/18 | K | A | |
| 48. NW NVIT Intl Equity Fund - Nationwide annuity contract | | None | K | T | | | | | |
| 49. NW NVIT Multi Mngr Intl Gr I - Nationwide annuity contract | | None | K | T | | | | | |
| 50. JP Morgan Mid Cap Growth | A | Dividend | K | T | | | | | |
| 51. NW NVIT DYNMC US Gr f/k/a NVIT Large Cap Gr I - Nationwide annuity | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/8/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oppenheimer: Invesco Inv Gr NY Muni | C | Int./Div. | | | Sold | 03/12/18 | K | A | |
| 53. Oppenheimer: Large Cap formerly Black Rock (IRA) | A | Dividend | | | Sold | 10/02/18 | K | A | |
| 54. Oppenheimger: Large Cap formerly Black Rock (IRA) | A | Dividend | K | T | | | | | |
| 55. Oppenheimer: Advantage Bank Deposits in various banks (IRA) | A | Interest | J | T | | | | | |
| 56. PMA: Jensen Quality Grade (IRA) | C | Distribution | K | T | Sold (part) | 03/12/18 | J | A | |
| 57. (continuation of 56) | | | | | Sold (part) | 08/09/18 | J | A | |
| 58. (continuation of 56) | | | | | Buy (add'l) | 12/20/18 | J | | |
| 59. PMA: Odyssey Growth Fund (IRA) | A | Distribution | K | T | Sold (part) | 01/10/18 | J | A | |
| 60. (continuation of 59) | | | | | Sold (part) | 03/12/18 | J | A | |
| 61. (continuation of 59) | | | | | Sold (part) | 05/24/18 | J | A | |
| 62. (continuation of 59) | | | | | Buy (add'l) | 12/20/18 | J | | |
| 63. PMA: T Rowe Price Small Cap Stock Fund (IRA) | C | Distribution | K | T | Sold (part) | 05/24/18 | J | A | |
| 64. (continuation of 63) | | | | | Sold (part) | 08/09/18 | J | A | |
| 65. PMA: Vanguard Extended Market Index (IRA) | A | Distribution | K | T | Sold (part) | 01/10/18 | J | A | |
| 66. (continuation of 65) | | | | | Sold (part) | 05/24/18 | J | A | |
| 67. (continuation of 65) | | | | | Sold (part) | 08/09/18 | J | A | |
| 68. (continuation of 65) | | | | | Buy (add'l) | 12/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/8/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PMA: Vanguard 500 Index Fund (IRA) | B | Distribution | M | T | Sold (part) | 01/10/18 | J | A | |
| 70. (continuation of 69) | | | | | Sold (part) | 03/12/18 | J | A | |
| 71. (continuation of 69) | | | | | Sold (part) | 08/09/18 | J | A | |
| 72. (continuation of 69) | | | | | Buy (add'l) | 05/24/18 | J | | |
| 73. (continuation of 69) | | | | | Buy (add'l) | 12/31/18 | J | | |
| 74. PMA: Harbor Intl Fund (IRA) | A | Distribution | | | Sold (part) | 05/24/18 | J | A | |
| 75. (continuation of 74) | | | | | Sold | 09/11/18 | K | A | |
| 76. PMA: T. Rose Price Intl (IRA) | B | Distribution | K | T | | | | | |
| 77. PMA: Vanguard Intl Index Fund (IRA) | A | Distribution | K | T | Sold (part) | 05/24/18 | J | A | |
| 78. PMA: Harbor Intl Fund | A | Distribution | | | Sold | 09/24/18 | K | C | |
| 79. PMA: Odyssey Growth Fund | A | Distribution | K | T | Sold (part) | 03/12/18 | J | B | |
| 80. PMA: Odyssey Aggressive Growth Fund | A | Distribution | K | T | Sold (part) | 03/12/18 | J | B | |
| 81. PMA: Vanguard Intl Index Fund | B | Distribution | K | T | Buy (add'l) | 06/07/18 | J | | |
| 82. (continuation of 81) | | | | | Buy (add'l) | 08/09/18 | J | | |
| 83. PMA: Vanguard Extended Market Index Fund | A | Distribution | K | T | | | | | |
| 84. PMA: Jensen Quality Growth | B | Distribution | K | T | Sold (part) | 03/12/18 | J | A | |
| 85. (continuation of 84) | | | | | Buy (add'l) | 12/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. PMA: Vanguard 500 Index Fund | B | Distribution | L | T | Sold (part) | 03/12/18 | J | D | |
| 87. PMA: Pimco Low Duration Fund | A | Distribution | K | T | Buy (add'l) | 01/08/18 | J | | |
| 88. (continuation of 87) | | | | | Buy (add'l) | 06/07/18 | J | | |
| 89. PMA: Vanguard High Yield Corporate Fund | B | Distribution | K | T | Buy (add'l) | 01/08/18 | J | | |
| 90. (continuation of 89) | | | | | Buy (add'l) | 06/07/18 | J | | |
| 91. (continuation of 89) | | | | | Buy (add'l) | 08/09/18 | J | | |
| 92. PMA: Vanguard Limited Term Tax Exempt Fund | A | Distribution | K | T | Sold (part) | 03/12/18 | J | A | |
| 93. (continuation of 92) | | | | | Buy (add'l) | 01/08/18 | J | | |
| 94. (continuation of 92) | | | | | Buy (add'l) | 06/07/18 | J | | |
| 95. (continuation of 92) | | | | | Buy (add'l) | 08/09/18 | J | | |
| 96. PMA: Vanguard Intmd Term Tax Exempt Fund | A | Distribution | K | T | Sold (part) | 03/12/18 | J | A | |
| 97. (continuation of 96) | | | | | Sold (part) | 06/06/18 | J | A | |
| 98. PMA: T Rowe Price Equity Inc. | C | Distribution | K | T | Buy (add'l) | 12/20/18 | J | | |
| 99. (continuation of 98) | | | | | Sold (part) | 03/12/18 | J | A | |
| 100. PMA: American Beacon Intl Fund (IRA) | C | Distribution | K | T | Buy (add'l) | 05/25/18 | K | | |
| 101. PMA: Vanguard Growth Index Fund (IRA) | B | Distribution | K | T | Sold (part) | 01/10/18 | J | A | |
| 102. (continuation of 101) | | | | | Sold (part) | 05/24/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/8/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. (continuation of 101) | | | | | Sold (part) | 08/09/18 | J | A | |
| 104. (continuation of 101) | | | | | Buy (add'l) | 12/26/18 | J | | |
| 105. PMA: T Rowe Price Equity Income Fund IRA | C | Distribution | K | T | Sold (part) | 05/24/18 | K | A | |
| 106. (continuation of 105) | | | | | Sold (part) | 08/09/18 | J | A | |
| 107. PMA: Vanguard Growth Index Fund | A | Distribution | K | T | | | | | |
| 108. PMA: MetWest Intermediate Bond Fund (IRA) | B | Distribution | K | T | Buy (add'l) | 01/11/18 | J | | |
| 109. (continuation of 108) | | | | | Sold (part) | 03/12/18 | J | A | |
| 110. (continuation of 108) | | | | | Sold (part) | 05/24/18 | K | A | |
| 111. McDonald's common stock | A | Dividend | J | T | | | | | |
| 112. Coca Cola common stock | A | Dividend | J | T | | | | | |
| 113. Nike common stock class B | A | Dividend | J | T | | | | | |
| 114. PMA: Fidelity Gvt Cash Reserves (see VIII 5) | A | Distribution | J | T | | | | | |
| 115. PMA: USAA Short Term Bond Fund (IRA) | B | Distribution | L | T | Buy (add'l) | 01/10/18 | J | | |
| 116. (continuation of 115) | | | | | Sold (part) | 03/12/18 | J | A | |
| 117. (continuation of 115) | | | | | Buy (add'l) | 05/25/18 | J | | |
| 118. (continuation of 115) | | | | | Buy (add'l) | 08/10/18 | J | | |
| 119. PMA: Fidelity Govt Cash Reserves (IRA) (see VIII 5) | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/8/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Dodge Cox STK (IRA) | B | Distribution | J | T | Buy (add'l) | 05/25/18 | K | | |
| 121. (continuation of 120) | | | | | Buy (add'l) | 12/20/18 | J | | |
| 122. (continuation of 120 | | | | | Buy (add'l) | 12/31/18 | J | | |
| 123. Nuveen NY Mun Value FD Tax Free Com | B | Int./Div. | J | T | Sold (part) | 03/12/18 | L | A | |
| 124. PMA Baird Core Plus (IRA) | A | Distribution | K | T | Buy | 05/25/18 | K | | |
| 125. (continuation of 124) | | | | | Buy (add'l) | 08/10/18 | J | | |
| 126. PMA Van Md VI Index (IRA) | A | Distribution | K | T | Buy | 05/25/18 | K | | |
| 127. PMA DFA Int'l Core Eq (IRA) | A | Distribution | J | T | Buy | 08/10/18 | J | | |
| 128. (contination of 127) | | | | | Buy (add'l) | 09/24/18 | K | | |
| 129. (contination of 127) | | | | | Buy (add'l) | 12/20/18 | J | | |
| 130. PMA DFA Int'l Small Comp (IRA) | B | Distribution | K | T | Buy | 09/24/18 | K | | |
| 131. PMA Dodge Cox Int'l | A | Distribution | J | T | Buy | 12/20/18 | J | | |
| 132. PMA JH Dis Val MDCP | A | Distribution | K | T | Buy | 12/20/18 | J | | |
| 133. PMA DFA Int'l Core Eq. | A | Distribution | K | T | Buy | 09/27/18 | K | | |
| 134. (continuation of 133) | | | | | Buy (add'l) | 12/20/18 | J | | |
| 135. PMA Columbia Midcap Value Fund (IRA) (see VIII 6) | A | Distribution | | | Sold (part) | 03/12/18 | J | A | |
| 136. (continuation of 136) | | | | | Sold | 05/24/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/8/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PMA FMI Large Cap Fund (IRA) (See VIII 7) | A | Distribution | K | T | | | | | |
| 138. PMA Van Eq. Inc. | A | Distribution | J | T | Buy | 01/08/18 | J | | |
| 139. NW NVIT Mult Mgr Int'l Grade I - Nationwide Annuity Contact | | None | K | T | | | | | |
| 140. NW Mult Mgr MDCAPGR1 - Nationwide Annuity Contract | | None | J | T | Buy | 10/01/18 | J | | |
| 141. NW NVIT MULT MGRMDCAPVAL II - Nationwide Annuity Contract | | None | J | T | Buy | 10/01/18 | J | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/8/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. PMA as used in Section VII refers to Prudential Management Associates, which maintains managed asset portfolios (individual and IRA) consisting of investments identified in that section.

2. Oppenheimer as used in Section VII refers to Oppenheimer & Co., Inc., which maintains brokerage accounts (individual and IRA) consisting of investments identified in that section.

3. Fidelity 401K as used in Section VII refers to a 401K account maintained by Fidelity Investments consisting of investments identified in that section. Each year, a maximum allowable 401K contribution is made (total value K,) which is allocated pursuant to formula among various of the 401K fund investments identified in this report. Each allocated amount has a value of J.

4. Nationwide annuity contract, as used in Section VII refers to a Nationwide variable annuity account containing investments identified in that section.

5. In Section VII, items 114 and 119 are money market funds that would be the subject of multiple purchases and sales during the course of the year. At year end, the increased value of each fund had a value of J.

6. Re Section VII 135, the 2017 Report mistakenly indicated that at year end there were no holdings of PMA Columbia Midcap Value Fund. See 2017 Report, 73. Despite sales in 2017, there were holdings at year end 2017 with a value of K.

7. Re Section VII 137, the 2017 Report mistakenly indicated that at year end there were no holdings of PMA FMI Large Cap Fund. See 2017 Report, 74. Despite sales in 2017, there were holdings at year end 2017 with a value of J.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOAN M. AZRACK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544